IN RE APPEAL OF REYNOLDS TOBACCO CO.

No. 222P85.

Case below: 73 N.C. App. 475.

Petition by R. J. Reynolds Tobacco Company for discretionary review under G.S. 7A-31 denied 19 September 1985. Motion by Forsyth and Durham Counties to dismiss appeal for lack of substantial constitutional question allowed 19 September 1985.

IN RE CHAMPION INTERNATIONAL CORP.

No. 371P85.

Case below: 74 N.C. App. 639.

Petition by Champion International Corporation for discretionary review under G.S. 7A-31 denied 19 September 1985. Motion by counties to dismiss appeal for lack of substantial constitutional question allowed 19 September 1985.

IN RE FORECLOSURE OF BOWERS v. BOWERS

No. 357P85.

Case below: 74 N.C. App. 708.

Petition by respondents for discretionary review under G.S. 7A-31 denied 19 September 1985.

IN RE WILL OF BRINSON

No. 225P85.

Case below: 74 N.C. App. 206.

Petition by propounders for discretionary review under G.S. 7A-31 denied 19 September 1985.

KIDDSHILL PLAZA v. FOSTER-STURDIVANT CO.

No. 401P85.

Case below: 75 N.C. App. 199.

Petition by Foster-Sturdivant Co. for discretionary review under G.S. 7A-31 denied 19 September 1985.